UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JESSICA MARIE RIVERA, | Civil No. 04-904 (JRT/FLN) |
| Plaintiff, | |
| vs. | |
| AMERICAS RECOVERY NETWORK, INC.; IC SYSTEMS; CHECKRITE, LTD.; XACT; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CSC CREDIT SERVICES, INC.; AND EQUIFAX INFORMATION SERVICES, INC., | **ORDER** |
| Defendants. | |

  Thomas J. Lyons, **LYONS & ASSOCIATES**, 342 East County Road D, Little Canada, Minnesota 55117, for plaintiff.

  Charles F. Webber, **FAEGRE & BENSON**, 90 South Seventh Street, Suite 2200, Minneapolis, Minnesota, for defendant CSC Services, Inc.

  Robert W. Murnane, **MURNANE CONLIN WHITE & BRANDT**, 444 Cedar Street, Suite 1800, St. Paul, Minnesota 55102, for defendant Equifax Information Services, Inc.

  This matter came before the Court on the stipulation of the plaintiff and defendant CSC Credit Services, Inc. ("CSC"), to an order dismissing all of the plaintiff's claims against CSC in this case with prejudice and on the merits.  Based on the stipulation between the plaintiff and CSC, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the plaintiff's claims against CSC Credit Services, Inc. are hereby DISMISSED in their entirety, on the merits and with prejudice. The plaintiff and CSC shall each bear their own costs and attorneys' fees.

Dated: May 31, 2005
at Minneapolis, Minnesota

                                               s/John R. Tunheim
                                               JOHN R. TUNHEIM
                                             United States District Judge